UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MELINDA KAY HOLLINGSWORTH,

               Plaintiff,

  v.

CAROLYN W. COLVIN, Commissioner of Social Security,

               Defendant.

Case No. 3:12-cv-05643-BHS-KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 16. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**; and

(2)     The administrative decision is **AFFIRMED**.

DATED this 1st day of July, 2013.

                                                 BENJAMIN H. SETTLE
                                               United States District Judge

ORDER